**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

IN RE APPLICATION OF POLITICO )
LLC FOR ACCESS TO JUDICIAL )
RECORDS ANCILLARY TO CERTAIN )    Case No. 1:25-mc-7-JEB (D.D.C.)
GRAND JURY PROCEEDINGS )
CONCERNING KASHYAP PATEL )
_____ )

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

The government hereby files this Unopposed Motion for Extension of Time.  On February 10, 2025, Petitioner POLITICO LLC filed its application for access to certain judicial records ancillary to certain grand jury proceedings concerning now-Director of the Federal Bureau of Investigation, Kashyap Patel.  *See* ECF No. 1 ("Application" or "Appl.").  On February 25, 2025, the Court entered an order requiring the government to respond to the Application by March 4, 2025.  Minute Order (February 25, 2025).  In this Motion, the government seeks a 14-day extension of this deadline, to March 18, 2025.  The government conferred with counsel for Petitioner, who indicated that Petitioner consents to this Motion.

In the Application, Petitioner seeks access to "all judicial records pertaining to the Government's motion to compel Kashyap ('Kash') Patel to comply with a grand jury subpoena that he received on or around September 19, 2022, as well as Patel's motion to quash and related court rulings."  Appl. 1.  Counsel for the government must review the records at issue in order to determine the government's position on the Application.  Undersigned counsel was able to obtain access to the records from the proper channels within the Department of Justice only earlier today.  Moreover, undersigned counsel has been and continues to be occupied with a number of pressing litigation matters, including: (a) an opposition to a motion for preliminary injunction filed on February 21, 2025, *Storch v. Hegseth*, 1:25-cv-415 (D.D.C.); (b) an opposition to a motion for

1

preliminary injunction due February 28, 2025, *Harris v. Bessent*, 1:25-cv-412 (D.D.C.); (c) hearings on those motions for preliminary injunction in *Harris* and *Storch* that are scheduled for March 3, 2025, and March 11, 2025, respectively; and (d) a motion to dismiss a complaint due March 5, 2025, *DiNapoli v. Kennedy*, 1:23-cv-1799 (D.D.C.). This extension will not prejudice any party, as shown by the fact that Petitioner consents to this Motion.

For the foregoing reasons, the government respectfully requests that the Court grant this Motion and enter an order extending the government's deadline to respond to the Application to March 18, 2025.

Dated:  February 27, 2025                    Respectfully Submitted,

                                            YAAKOV M. ROTH
                                            Acting Assistant Attorney General
                                            Civil Division

                                            ELIZABETH J. SHAPIRO
                                            Deputy Director
                                            Civil Division, Federal Programs Branch

                                            */s/ Jeremy S.B. Newman*
                                            JEREMY S.B. NEWMAN
                                            Trial Attorney
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L Street, N.W.
                                            Washington, DC 20005
                                            Tel: (202) 532-3114
                                            Fax: (202) 616-8470
                                            Email: jeremy.s.newman@usdoj.gov

                                            *Attorneys for the United States*