IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE APPLICATION OF POLITICO LLC FOR ACCESS TO JUDICIAL RECORDS ANCILLARY TO CERTAIN GRAND JURY PROCEEDINGS CONCERNING KASHYAP PATEL | ) ) ) ) Case No. 1:25-mc-7-JEB (D.D.C.) ) ) ) |

**GOVERNMENT'S MOTION FOR EX PARTE DISCLOSURE OF THE
DOCKET SHEET IN A GRAND JURY MATTER**

The government respectfully moves that the Court disclose the docket sheet in *In re Grand Jury Subpoena No. 63-13*, No. 22-gj-41 (D.D.C.) (the "grand jury matter"), to undersigned counsel, *ex parte* and under seal. The government further requests that after undersigned counsel reviews the docket sheet, the Court disclose to undersigned counsel, *ex parte* and under seal, specific filings from the grand jury matter that undersigned counsel may request.

Undersigned counsel is counsel for the government in this matter, *In re Application of Politico LLC for Access to Judicial Records Ancillary to Certain Grand Jury Proceedings Concerning Kashyap Patel*, No. 1:25-mc-7-JEB (D.D.C.). In this matter, the petitioner requests "access to all judicial records pertaining to the Government's motion to compel Kashyap ('Kash') Patel to comply with a grand jury subpoena that he received on or around September 19, 2022, as well as Patel's motion to quash and related court filings." Application, ECF No. 1, at 1. Specifically, petitioner seeks "the grand jury subpoena, Patel's motion to quash that subpoena, the Government's motion to compel Patel's testimony, any briefing in support or opposition and all exhibits thereto, the transcript(s) of any hearing(s) on those motions, and any opinions or orders the Court issued adjudicating the motions." *Id.* at 5-6.

Undersigned counsel attempted to obtain the records at issue from colleagues at the Department of Justice. Because the people most familiar with these records are no longer at the Department, through the exercise of diligence, undersigned counsel was able to obtain only some of the records at issue.

The government wishes to submit to the Court proposed redactions for the requested records *ex parte* and under seal. However, undersigned counsel currently does not have access to some of the records at issue. Therefore, the government has a particularized need to use these materials in this judicial proceeding, as necessary for the Court to grant access under the Federal Rules of Criminal Procedure. *See United States v. Sells Engineering, Inc., et al,* 463 U.S. 418, 444 (1983); Fed. R. Crim. P. 6(e)(3)(E)(i).

Accordingly, the government respectfully requests disclosure of the docket sheet, *ex parte* and under seal, which would allow the government to determine which specific records the government needs to request. The government also respectfully requests that the Court disclose to undersigned counsel, *ex parte* and under seal, any specific records from the grand jury matter that undersigned counsel may request after reviewing the docket sheet. The government conferred with counsel for the petitioner, who indicated that petitioner consents to this motion.

- 3 -

Dated:  March 31, 2025

Respectfully Submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for the United States*