# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| IN RE APPLICATION OF POLITICO LLC FOR ACCESS TO JUDICIAL RECORDS ANCILLARY TO CERTAIN GRAND JURY PROCEEDINGS CONCERNING KASHYAP PATEL | Case No. 1:25-mc-7-JEB (D.D.C.) |

## [PROPOSED] ORDER

Before the Court is the Government's Motion for Ex Parte Disclosure of Documents in a Grand Jury Matter. ECF No. 9. For the reasons stated in the Motion, the Motion is **GRANTED**.

It is further **ORDERED** that the Court will disclose the following documents from *In re Grand Jury Subpoena No. 63-13*, No. 22-gj-41 (D.D.C.) to counsel for the government, *ex parte* and under seal: ECF Nos. 1, 1-1, 1-2, 1-3, 1-4, 1-5, 2, 2-1, 2-2, 2-3, 3, 3-1, 4, 5, 5-1, 6, 7, 8, 9, 9-1, 9-2, 9-3, 9-4, 9-5, 9-6, 9-7, 10, 10-1, 11, 12, 14, 14-1, 14-2, 14-3, 15, 16, 17, 18, 18-1, 18-2, 18-3, 19, 21, and 22.

**SO ORDERED.**

_____
JAMES E. BOASBERG
Chief Judge