# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE APPLICATION OF POLITICO LLC FOR ACCESS TO JUDICIAL RECORDS ANCILLARY TO CERTAIN GRAND JURY PROCEEDINGS CONCERNING KASHYAP PATEL | Case No. 1:25-mc-7-JEB (D.D.C.) |

## NOTICE

On May 13, 2025, this Court entered an order granting the government's request to make an *ex parte* sealed submission to the Court containing proposed redactions of the requested records in this case and directing the government to file a notice proposing a date by which it will submit its proposed redactions. *See* Minute Order (May 13, 2025). Pursuant to that order, the government proposes that it will submit its proposed redactions on or before May 30, 2025.

Dated: May 16, 2025

Respectfully Submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director
Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for the United States*