## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE APPLICATION OF POLITICO LLC FOR ACCESS TO JUDICIAL RECORDS ANCILLARY TO CERTAIN GRAND JURY PROCEEDINGS CONCERNING KASHYAP PATEL | Case No. 1:25-mc-7-JEB (D.D.C.) |

**NOTICE OF FILING OF REDACTED DOCUMENTS
TO COMPLY WITH COURT ORDER**

On June 9, 2025, this Court ordered that "[t]he Government shall release by June 13, 2025, the documents with the redactions it has proposed." Minute Order (June 9, 2025). Pursuant to that order, the government is hereby filing the documents at issue in this case with the government's proposed redactions. For certain documents, the government did not propose any redactions, and the government is filing those documents unredacted.

- 2 -

Dated:  June 13, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for the United States*