# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the Matter of Grand Jury No. 22-03 Subpoena 63-13 (September 16, 2022)** | Case: 1:22-gj-00041<br>Assigned to: Judge Howell, Beryl A.<br>Assign Date: 10/7/2022<br>Description: Misc. |
| **KASHYAP PRAMOD PATEL,** | **FILED UNDER SEAL** |
| v. | |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

## [PROPOSED] ORDER

Upon consideration of Mr. Kashyap Pramod (a/k/a Kash) Patel's Motion to Quash, it is this ___ day of _____, 2022, hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Mr. Patel's grand jury subpoena shall be stayed pending the conclusion of his counsel's trial.

**SO ORDERED.**

_____
The Honorable Beryl A. Howell
United States District Court Judge