# EXHIBIT A

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
for the

**District of Columbia**

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Kashyap Pramod Patel



**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA<br>U.S. Courthouse, 2nd Floor    Grand Jury # 22-03<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Date and Time:<br>Thursday, September 29, 2022 at 9:00 AM |
|---|---|

In addition to appearing in order to provide testimony, you must also bring with you the documents, electronically stored information, and objects listed in Attachment A. You may make arrangements to provide any such documents in advance by contacting the attorney listed below.

Date: September 16, 2022

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

The name, address, telephone number and email of the prosecutor who requests this subpoena are:

Brett C. Reynolds, Trial Attorney
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
202.598.2950
brett.reynolds@usdoj.gov

Subpoena 63-13

CO 293 (Rev. 8/91) Subpoena to Testify Before Grand Jury

| RETURN OF SERVICE (1) | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE | |
| SERVED | DATE | PLACE | |
| SERVED ON (PRINT NAME) | | | |
| SERVED BY (PRINT NAME) | | TITLE | |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER (2)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                           Date

_____
Signature of Server

_____
Address of Server

ADDITIONAL INFORMATION

---

(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.

(2) "Fees and mileage need not be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".

## Attachment A

### List of Documents, Information, and Objects Subpoenaed by Grand Jury

