# EXHIBIT B

**From:** Reynolds, Brett (NSD)
**To:** stanley@brandwoodwardlaw.com
**Subject:** RE: [EXTERNAL] RE: Kash Patel
**Date:** Thursday, October 6, 2022 1:29:44 PM

Stanley,

Thanks for your response. The October 13 date was agreed with Mr. Patel prior to his engaging counsel, and already reflects a two-week extension of our subpoena. We are not going to withdraw it, so you will have to file a motion to quash, as you suggest below, if you intend to litigate the issue.

As I mentioned on our call, we would be amenable to trying to arrange for his testimony before a grand jury on a Friday afternoon like October 14, as my understanding is that Judge Mehta is not sitting in trial on Friday afternoons, but I recognize that your response was that Friday evenings and weekends were unavailable from your perspective until the conclusion of the trial.

Regards,
Brett

Brett C. Reynolds
Trial Attorney
Counterintelligence and Export Control Section
National Security Division, U.S. Department of Justice
Washington, D.C. 20530
(202) 598-2950 (office) / ▇▇▇▇▇▇▇ (cell)


**From:** stanley@brandwoodwardlaw.com <stanley@brandwoodwardlaw.com>
**Sent:** Wednesday, October 5, 2022 4:31 PM
**To:** Reynolds, Brett (NSD) <Brett.Reynolds@usdoj.gov>
**Subject:** [EXTERNAL] RE: Kash Patel



▇▇▇▇▇ on October 13, 2022, we very much hope to avoid the necessity of his appearance that day, but we certainly understand that the Department has its own investigatory prerogatives.

██████████
██████████
██████████
██████████ I'm
willing to prioritize Mr. Patel's testimony for you as soon as we close (I'm happy to prep with him in the courthouse while the jury deliberates) as I do not wish to unnecessarily prolong any delay and appreciate your flexibility with us thus far.

If it's helpful to speak, please do call anytime.

Thanks,

Stanley

**From:** Reynolds, Brett (NSD) <Brett.Reynolds@usdoj.gov>
**Sent:** Tuesday, October 4, 2022 6:01 PM
**To:** stanley@brandwoodwardlaw.com
**Subject:** Kash Patel

Stanley,

I write to follow up on our call last Friday. You requested that we postpone Mr. Patel's grand jury appearance—which was already extended once at his request, prior to his engaging you—until after your ongoing trial before Judge Mehta. It appears from public reporting that that trial is expected to go until at least the week before Thanksgiving. While we are happy to extend professional courtesies where feasible, we simply cannot wait that long, which at best would have Mr. Patel testifying approximately two months after the originally subpoenaed date.

██████████
██████████
██████████
██████████

Regards,

Brett C. Reynolds
Trial Attorney
Counterintelligence and Export Control Section
National Security Division, U.S. Department of Justice
Washington, D.C. 20530
(202) 598-2950 (office) / ██████████ (cell)