# EXHIBIT A

**From:** Reynolds, Brett (NSD)
**To:** Kash Patel
**Subject:** RE: [EXTERNAL] Update
**Date:** Monday, September 26, 2022 10:23:00 AM

Mr. Patel,

We can agree to a two week extension of the grand jury subpoena. Your date and time for appearance is October 13, 2022 at 1:00 p.m. in the D.D.C. federal courthouse. Your counsel can contact me with any questions.

Regards,

Brett C. Reynolds
Trial Attorney
Counterintelligence and Export Control Section
National Security Division, U.S. Department of Justice
Washington, D.C. 20530
(202) 598-2950


**From:** Kash Patel
**Sent:** Friday, September 23, 2022 3:54 PM
**To:** Reynolds, Brett (NSD) <Brett.Reynolds@usdoj.gov>
**Subject:** [EXTERNAL] Update

Mr. Reynolds,

I have received the grand jury subpoena duces tecum. I am in the process of obtaining counsel to assist in responding. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I am requesting an extension of two weeks.

KP