IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of Grand Jury No. 22-03 Subpoena 63-13 (September 16, 2022) ) | |
| ) | |
| KASHYOP PARMOD PATEL, ) | |
| ) | **FILED UNDER SEAL** |
| v. ) | 1:22-gj-00041-BAH |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEAL

Kash Patel appeals to the United States Court of Appeals for the District of Columbia Circuit from the order denying his motion to quash or modify his grand jury subpoena entered on October 11, 2022.

Dated: October 12, 2022          Respectfully Submitted,

                                 /s/ Stanley E. Woodward, Jr.
                                 Stanley E Woodward, Jr. (D.C. Bar No. 997320)
                                 Brand Woodward Law, LP

                                 202-996-7447 (telephone)
                                 202-996-0113 (facsimile)
                                 Stanley@BrandWoodwardLaw.com