1                   IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
2

3    - - - - - - - - - - - - - - - - )
                                      *
4    IN RE:
                                      *    Case No. N/A
5    ██████  ██████  ████
                                      *
6    - - - - - - - - - - - - - - - - )

7

8                              Grand Jury 22-6

9                              United States District Courthouse
                               333 Constitution Avenue, NW
10                             Washington, DC 20001

11                             Thursday, October 13, 2022

12

13          The testimony of KASHYAP PATEL was taken in the

14   presence of a full quorum of the Grand Jury, commencing at

15   12:28 p.m., before:

16              BRETT REYNOLDS
                Department of Justice Attorney
17
                JULIE EDELSTEIN
18              Department of Justice Attorney

19

20

21

22

23

24        Reported by:

25        Timothy Atkinson

1

E X H I B I T S

2    Exhibit No.          Description                              Marked

3        1          ████████████████            11

4        2          ██████████████████          13

5        3          ████████████████████        14

6        4          ████████████████████████    16

7        5          ██████████████████████      18

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S

 2    (Whereupon

 3                    KASHYAP PATEL

 4    was called as a witness and, after first being duly sworn

 5    by the Foreperson of the Grand Jury, was examined and

 6    testified as follows:)

 7              COURT REPORTER:  And, Counselor, if we could slide

 8    those two round microphones a little closer to him?

 9              MR. REYNOLDS:  Of course, yeah.

10              COURT REPORTER:  There you go.  That's good

11    enough.

12              MR. REYNOLDS:  Is that all right?

13              COURT REPORTER:  Good.  Yeah, we're good to go.

14    Thank you.

15                    EXAMINATION

16

17

18

19

20

21

22

23

24

25
```







FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

1    ████████████████████

2       █   ████

3       █   ████████████████████████████████

4       █   ███████   ██   ███████████

5    █████████████████████████████████

6    ██████████████████████

7       █   █████████████████████████   ████████

8    █████████████████████████████████

9    ████████████████████

10       ████████████████   ████

11       █   ████   ████████████████████

12    ████████████

13       █   ████

14       █   ██████████████████

15       █   ███

16       █   █████████████████

17       █   █ ████ █ ████

18       █   ███████████████

19       A.    So upon the advice of counsel I'll be invoking my

20    Fifth Amendment privilege.

21       █   █████   ████   --

22       █████████   ████████████████

23       ██████████   ████

24       ████████   ██████   █████████████████████   █ t█

25       ███████████

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

1    ████ ███  ███████  ██████████████████████

2    █████████████████████████████████████████

3    ███████████████████████████  ████████   ████

4    █████████████   ███████████████████████████

5    ██████████████

6      █████████  ██████   ████  █  ██████

7       ████ █████████  ███████████████████████  ████

8    ████████

9      ████████   ████████  --

10      █████  ████████   ████████  ███████████████

11    █████████████████   █████████████████

12    ████████████████  ██████████████████

13      ████████████  ████  ████████   ████████

14      ████ █████████  ████  ██████████████████

15    ██████████  ████  █████████████

16      █████████   ████████████  █████████  ████████

17      ████ █████████  ████

18      ████████   ████████

19      ██████████████

20         COURT REPORTER:  Okay.  We're off record.

21            (Whereupon, the witness was excused at 12:56 p.m.

22    on Thursday, October 13, 2022.)

23

24

25

                    FREE STATE REPORTING, INC.
                   Court Reporting  Transcription
                        D.C. Area 301-261-1902
                    Balt. & Annap. 410-974-0947

# C E R T I F I C A T E

We hereby certify that the foregoing is a true and accurate transcript, to the best of our skill and ability, from my notes of this proceeding.

October 17, 2022
Date

Elizabeth George
Transcriber

COURT REPORTER:

Timothy Atkinson
Reporter

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947