GRAND JURY
EXHIBIT





