





[redacted]

GRAND JURY
EXHIBIT
3