UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of Grand Jury No. 22-03 Subpoena 63-13 (September 16, 2022) ) | |
| KASHYAP PRAMOD PATEL, ) ) ) | FILED UNDER SEAL |
| v. ) ) | 1:22-gj-00041-BAH |
| UNITED STATES OF AMERICA, ) ) | |
| Defendant. ) ) | |

### KASHYAP PATEL'S MOTION FOR LEAVE TO EXCUSE HIS APPEARANCE

Kashyap Pramod Patel, through the undersigned counsel, files this motion for an order excusing Mr. Patel from the October 21, 2022, hearing set by the Court yesterday, ■

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████████████████
███████████████████████████████████████
███████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████████████████████
█████████████████

Alternatively, Mr. Patel requests leave to attend the hearing remotely or that the hearing be rescheduled for a day that is convenient for the Court.

## ARGUMENT

████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

██████████████[1] ████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████

Although Mr. Patel desired not to appear before the grand jury last week, he nevertheless did so when his motions were denied by the Court.[2] ████████████████████

████████████████████████████████████████████████

██████████████████████████ Prior to his appearance, including immediately prior to entering the grand jury, Mr. Patel, through counsel, advised the government of his intent to invoke his Fifth Amendment where applicable. Following his appearance, Mr. Patel, through counsel, endeavored to resolve any remaining disputes between Mr. Patel and the government.

████████████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████████

---

██[1] ████ ██████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██ ████████████████████████████████████████████
   ████████████████████████████████████████████

3



Moreover, Mr. Patel's physical presence at the Court's hearing is unnecessary. Ultimately, the Court will make a legal determination as to the reasonableness of the invocation of his Fifth Amendment right against self-incrimination. *See Hoffman v. United States*, 341 U.S. 479, 486-89 (1951) (noting that the trial court considers the record to determine the

reasonableness of an invocation of the Fifth Amendment and observing that: "it need only be evident from the implications of the question, in the setting in which it is asked, that a responsive answer to the question or explanation of why it cannot be answered may be dangerous because injurious disclosure could result"). ▮▮▮

▮▮▮

▮▮▮ Mr. Patel will also agree to voluntarily appear before the grand jury next week to answer any questions the Court finds not to warrant an invocation of privilege ▮▮▮. Alternatively, should the Court conclude that Mr. Patel's participation in Friday's hearing is necessary, Mr. Patel respectfully requests leave to participate in the hearing remotely. Finally, if the Court is not amenable to Mr. Patel's remote appearance, then Mr. Patel respectfully requests the hearing be continued to a future date that is convenient for the Court.

## CONCLUSION

For the foregoing reasons, Mr. Patel respectfully requests the Court issue an Order permitting Mr. Patel to waive his appearance at the hearing now set for October 21, 2022. Alternatively, Mr. Patel requests this Court permit him to appear at the hearing remotely. Finally, should the Court not permit his remote appearance, Mr. Patel respectfully requests the hearing be continued to a future date that is convenient for the Court.

[SIGNATURE ON NEXT PAGE]

Dated: October 19, 2022

Respectfully Submitted,

/s/ Stanley E. Woodward, Jr.
Stanley E. Woodward, Jr.
(D.C. Bar No. 997320)
Brand Woodward Law, LP

202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Kashyap Pramod Patel*

6

## CERTIFICATE OF SERVICE

On October 19, 2022, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via counsel of record.

Dated: October 19, 2022

Respectfully Submitted,

/s/ *Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr.
(D.C. Bar No. 997320)
Brand Woodward Law, LP

202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Kashyap Pramod Patel*