# EXHIBIT A

| | |
|---|---|
| **From:** | stanley@brandwoodwardlaw.com |
| **To:** | "Reynolds, Brett (NSD)" |
| **Cc:** | "Edelstein, Julie (NSD)"; "Bratt, Jay (NSD)" |
| **Subject:** | RE: [EXTERNAL] RE: Sealed GJ Filing - Government Response to Motion to Quash (In Re GJ Subpoena 63-13) |
| **Date:** | Monday, October 17, 2022 11:38:15 AM |

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

In the interest of transparency, Mr. Patel will still be asserting his Fifth Amendment right against self-incrimination when applicable. ████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████████

Thanks,

Stanley

████████████████████████

███████████████████

██████████████████

██████████████████████████████████

██████████

██████

██████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████

██████████████████████████████

██████

████████████████████████████

██████████████████████████████

████████████████

██████████████████████████████

██████████████████████████





**From:** Reynolds, Brett (NSD) <Brett.Reynolds@usdoj.gov>
**Sent:** Thursday, October 13, 2022 3:46 PM
**To:** Stanley Woodward <stanley@brandwoodwardlaw.com>
**Cc:** Edelstein, Julie (NSD) <Julie.Edelstein@usdoj.gov>; Bratt, Jay (NSD) <Jay.Bratt2@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: Sealed GJ Filing - Government Response to Motion to Quash (In Re GJ Subpoena 63-13)

Stanley,

As Julie and I previewed, we intend to file a motion to compel Mr. Patel's testimony as it relates to his Fifth Amendment invocations. We consider him still under subpoena and intend to re-call him to the Thursday grand jury. We will ask the Court to compel him to testify next Thursday.

Regards,

Brett C. Reynolds
Trial Attorney
Counterintelligence and Export Control Section
National Security Division, U.S. Department of Justice
Washington, D.C. 20530
(202) 598-2950 (office) / [redacted] (cell)













On Oct 12, 2022, at 5:17 PM,
Reynolds, Brett (NSD)
<Brett.Reynolds@usdoj.gov>
wrote:

Mr. Woodward,

Based on your request in your
email to me yesterday evening,
we've been able to adjust the
grand jury schedule and move Mr.
Patel to earlier in the day
tomorrow. He is now scheduled to
appear from 9:00-11:00 a.m.

Regards,

Brett C. Reynolds
Trial Attorney
Counterintelligence and Export
Control Section
National Security Division, U.S.
Department of Justice
Washington, D.C. 20530
(202) 598-2950 (office) / ▆▆▆▆
▆▆▆▆▆ (cell)


**From:**
stanley@brandwoodwardlaw.com

<stanley@brandwoodwardlaw.com>
**Sent:** Wednesday, October 12, 2022 4:02 PM
**To:** 'Howell Chambers' <Howell_Chambers@dcd.uscourts.gov>
**Cc:** Reynolds, Brett (NSD) <Brett.Reynolds@usdoj.gov>; 'Teresa Gumiel' <Teresa_Gumiel@dcd.uscourts.gov>; Edelstein, Julie (NSD) <Julie.Edelstein@usdoj.gov>; Bratt, Jay (NSD) <Jay.Bratt2@usdoj.gov>
**Subject:** [EXTERNAL] RE: Sealed GJ Filing - Government Response to Motion to Quash (In Re GJ Subpoena 63-13)



Thank you,

Stanley

**From:** Stanley Woodward <stanley@brandwoodwardlaw.com>
**Sent:** Wednesday, October 12, 2022 8:31 AM
**To:** Howell Chambers <Howell_Chambers@dcd.uscourts.gov>
**Cc:** Reynolds, Brett (NSD) <Brett.Reynolds@usdoj.gov>; Teresa Gumiel <Teresa_Gumiel@dcd.uscourts.gov>; Edelstein, Julie (NSD) <Julie.Edelstein@usdoj.gov>; Bratt, Jay (NSD)

<Jay.Bratt2@usdoj.gov>
**Subject:** Re: Sealed GJ Filing -
Government Response to Motion
to Quash (In Re GJ Subpoena 63-
13)



Thanks,

Stanley

On Tue, Oct 11, 2022 at 6:47 PM
Howell Chambers
<Howell_Chambers@dcd.uscourts
.gov> wrote:

Good evening,

Please see the below Minute
Order entered in Case No. 22-
gj-41.

All best,
The Chambers of Chief Judge
Howell

**NOTE: This docket entry
(or case) is SEALED. Do
not allow it to be seen by
unauthorized persons.**

**U.S. District Court**

**District of Columbia**

**Notice of Electronic Filing**

The following transaction was entered on 10/11/2022 at 6:40 PM and filed on 10/11/2022

| | |
|---|---|
| **Case Name:** | GRAND JURY NO. 22-03 SUBPOENA 63-13 (SEPTEMBER 16, 2022) |
| **Case Number:** | 1:22-gj-00041-BAH *SEALED* |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**MINUTE ORDER (paperless) DENYING KASHYAP PRAMOD PATEL's [2] Motion to Quash, which was filed after business hours on Friday, October 7, 2022, before a three-day holiday weekend, and DIRECTING Mr. Patel to appear before the scheduled grand jury session on October 13, 2022 in accordance with the two-week extension the government has already granted at his request.** *See* **[3-1] Gov't's Opp'n at Ex. A. Mr. Patel requests a delay of some unspecified time period in his testimony because his counsel, Stanley Woodward, will be engaged in the** *United States v. Rhodes* **trial, Case No. 22-cr-15,**

scheduled to last several weeks, with no promises as to when his counsel will have time available. Mr. Patel retained Mr. Woodward on the attorney's first day of jury selection in *Rhodes* when such circumstance made fully apparent that counsel would be unavailable during Mr. Patel's scheduled grand jury testimony. In addition, the government has already demonstrated flexibility in meeting Mr. Patel's scheduling needs, including granting him a two-week extension of the grand jury subpoena to find counsel and offering to schedule Mr. Patel's testimony, with his retained counsel, during breaks in the *Rhodes* trial, including Friday afternoons or for informal interviews on weekends. *See* Gov't's Oppn at 4. All such alternatives suggested by the government have been rejected.









**Testifying before a grand
jury is not a game of
find-or-seek-a-better-
time or catch-me-if-you-
can, and a witness**

**cannot indefinitely delay a proceeding based on his counsel's convenience,**



**From:** Reynolds, Brett (NSD) <Brett.Reynolds@usdoj.gov>
**Sent:** Tuesday, October 11, 2022 12:50 PM
**To:** stanley@brandwoodwardlaw.com; Howell Chambers <Howell_Chambers@dcd.uscourts.gov>; Teresa Gumiel <Teresa_Gumiel@dcd.uscourts.gov>
**Cc:** Edelstein, Julie (NSD) <Julie.Edelstein@usdoj.gov>; Bratt, Jay (NSD)

<Jay.Bratt2@usdoj.gov>
**Subject:** Sealed GJ Filing -
Government Response to
Motion to Quash (In Re GJ
Subpoena 63-13)

**CAUTION - EXTERNAL:**

Chambers and Ms. Gumiel,

Attached please find the
government's opposition to the
motion to compel filed by Mr.
Woodward below on Friday. As
reflected in the caption, we do
not yet know the GJ number
that has been assigned to this
docket.

Please let me know if you have
any questions.

Regards,

Brett C. Reynolds
Trial Attorney
Counterintelligence and Export
Control Section
National Security Division, U.S.
Department of Justice
Washington, D.C. 20530
(202) 598-2950 (office) / ▮▮▮▮
▮▮▮▮▮ (cell)

**From:**
stanley@brandwoodwardlaw.c
om
<stanley@brandwoodwardlaw.
com>
**Sent:** Friday, October 7, 2022
6:43 PM
**To:**

Howell_Chambers@dcd.uscour
ts.gov
**Cc:** Reynolds, Brett (NSD)
<Brett.Reynolds@usdoj.gov>
**Subject:** [EXTERNAL] Motion to
Quash Grand Jury Subpoena

Chambers and government
counsel – it is our
understanding that the Court
prefers motions related to
grand jury subpoenas to be
filed directly with the Court.
Accordingly, attached please
find a motion for leave to seal,
a proposed sealing order, a
motion to quash, a proposed
order related thereto, and the
motions exhibits.  Should the
Court prefer filing of the same
be accomplished in another
matter or should the Court
need any additional
information please do not
hesitate to ask.

Thank you,

Stanley

**Brand | Woodward**
www.brandwoodwardlaw.com
+1.202.996.7447 (o)
▮▮▮▮▮▮▮▮ (m)
+1.202.996.0113 (f)

**CAUTION - EXTERNAL
EMAIL:** This email originated
outside the Judiciary.
Exercise caution when
opening attachments or
clicking on links.

--

**Brand | Woodward**

www.brandwoodwardlaw.com

+1.202.996.7447 (o)

█████████████ (m)

+1.202.996.0113 (f)