# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA<br>NO. 63-13 | NO. 22-GJ-41<br><br>**FILED UNDER SEAL** |

## GOVERNMENT'S RESPONSE TO
## MOTION FOR LEAVE TO EXCUSE APPEARANCE

The government hereby files this brief response to Kashyap Patel's Motion for Leave to Excuse His Appearance, which he made in response to the Court's Order setting a hearing for October 21, 2022.

The government takes no position on the relief requested by Mr. Patel's motion. █

█████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
████████ █ ███████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
████████████████████████████████████
█████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████

████████████████████████████████████████

████████████████████████

October 19, 2022

                              Respectfully submitted,

                              MATTHEW G. OLSEN
                              ASSISTANT ATTORNEY GENERAL
                              NATIONAL SECURITY DIVISION

                              /s/ Brett C. Reynolds
                              Jay I. Bratt
                              Julie A. Edelstein
                              Brett C. Reynolds
                              Counterintelligence and Export Control Section
                              National Security Division
                              U.S. Department of Justice
                              950 Pennsylvania Avenue NW
                              Washington, D.C. 20530
                              (202) 233-0986