### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA<br>NO. 63-13 | NO. 22-GJ-41<br><br>**FILED UNDER SEAL** |

### GOVERNMENT'S APPLICATION FOR IMMUNITY

Jay I. Bratt, Chief of the Counterintelligence and Espionage Section of the National Security Division of the U.S. Department of Justice, for the reasons hereinafter set forth and upon the attached declaration of Trial Attorney Brett C. Reynolds, hereby requests an order compelling Kashyap Pramod "Kash" Patel to give testimony before a grand jury and provide other information pursuant to the provisions of Title 18, United States Code, Sections 6002 and 6003, and respectfully alleges as follows:

1. Kashyap Pramod Patel, having previously been subpoenaed to appear before a grand jury sitting in this District, is scheduled to return to continue his testimony before the grand jury on either October 27 or November 3, 2022, the exact date being confirmed with the grand jury coordinator(s) and Mr. Patel's counsel.[1] ███████████████████████

████████████████████████████████████████

██████████

2. This application is made in good faith and upon my judgment that the testimony from Mr. Patel may be necessary to the public interest.

---

[1] Should the scheduled date of appearance change, or should Mr. Patel's testimony need to be continued to additional days to accommodate the schedules of counsel or the grand jury, the government intends for the order sought here to extend to any such appearance as well.

3. It is expected that Mr. Patel will refuse to testify before the grand jury in connection with ▋ on the basis of his privilege against self-incrimination.

4. This application is made with the approval of George Z. Toscas as Deputy Assistant Attorney General of the National Security Division, by the authority delegated to him by Title 18, United States Code, Section 6003, and Title 28, Code of Federal Regulations, Section 0.175. The approval letter from Mr. Toscas is attached as an exhibit hereto.

WHEREFORE, the United States America, by the Assistant Attorney General for National Security, respectfully requests that the Court issue an Order requiring Kashyap Pramod "Kash" Patel to give testimony before the grand jury convened in ▋ and to provide other information with regard to all matters about which he may be questioned, pursuant to the provisions of Title 18, United States Code,

Sections 6002 and 6003, including but not limited to the production of documents as commanded by grand jury subpoena.

October 24, 2022

Respectfully,

MATTHEW G. OLSEN
ASSISTANT ATTORNEY GENERAL
NATIONAL SECURITY DIVISION

Filed by:

/s/ Jay I. Bratt
Jay I. Bratt, Chief
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
(202) 233-0986