

**U.S. Department of Justice**

National Security Division

_Washington, D.C.  20530_

October 24, 2022

Jay I. Bratt
Chief
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20530

   _In re: Kashyap Pramod "Kash" Patel_

Dear Mr. Bratt:

  Pursuant to the authority vested in me by Title 18, United States Code, Section 6003(b) and Title 28, Code of Federal Regulations, Section 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of Columbia for an order, pursuant to Title 18, United States Code, Sections 6002-03, requiring Kashyap Pramod "Kash" Patel to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

     Very truly yours,

     /s/George Toscas

     George Z. Toscas
     Deputy Assistant Attorney General