UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE GRAND JURY SUBPOENA
NO. 63-13

NO. 22-GJ-41

**FILED UNDER SEAL**

### DECLARATION IN SUPPORT OF APPLICATION FOR IMMUNITY ORDER

Brett C. Reynolds, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am a Trial Attorney in the National Security Division of the U.S. Department of Justice and as such am one of the attorneys responsible for the investigation of the matter discussed herein and pursuant to which the above-captioned subpoena was issued on behalf of a grand jury sitting in this District.

2. This declaration is made in support of the application by Jay I. Bratt, Chief of the Counterintelligence and Export Control Section of the National Security Division of the U.S. Department of Justice, for an order pursuant to Title 18, United States Code, Sections 6002 and 6003, directing Kashyap Pramod "Kash" Patel to give testimony before the grand jury and provide other information in connection with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

3. Mr. Patel previously appeared before the grand jury on October 13, 2022, pursuant to subpoena, and invoked his Fifth Amendment right against self-incrimination ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

4. Mr. Patel has also appeared before this Court on October 21, 2022, in connection with the government's Motion to Compel, Dkt. No. 9, and the Court granted the government's

Motion to Compel contingent on the government securing the immunity order sought herein. *See* Minute Order (Oct. 21, 2022).

5. Upon information and belief, Mr. Patel can give relevant testimony in the above-mentioned investigation, which testimony may be necessary to the protection of the public interest.

6. The Application for Immunity submitted in connection with this declaration is made in good faith.

WHEREFORE, and upon the Application for Immunity filed herewith, it is respectfully requested that the Application be granted.

October 24, 2022

Respectfully,

Brett C. Reynolds
Trial Attorney, U.S. Department of Justice