UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA<br>NO. 63-13 | NO. 22-GJ-41 |

### IMMUNITY ORDER

Upon the Application of Jay I. Bratt, Chief of the Counterintelligence and Export Control Section of the National Security Division of the U.S. Department of Justice, for an Order pursuant to Title 18, United States Code, Sections 6002 and 6003, compelling Kashyap Pramod "Kash" Patel to testify before a grand jury sitting in this district in connection with ▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and upon the Declaration of Trial Attorney Brett C. Reynolds, submitted in support thereof; and it appearing that:

1. Mr. Patel is scheduled to appear as a witness in connection with the above-described grand jury investigation, and,

2. It is expected that Mr. Patel will refuse to testify on the basis of his privilege against self-incrimination, and,

3. It is the judgment of the Chief of the Counterintelligence and Export Control Section of the National Security Division of the U.S. Department of Justice that the testimony and other information that Mr. Patel could give before the grand jury may be necessary to the public interest, and,

4. Upon the approval of the above-described Application by the Department of Justice, by a Deputy Assistant Attorney General of the National Security Division, pursuant to the authority vested in him by Title 18, United States Code, Section 6003 and Title 28, Code of Federal Regulations 0.175, it is hereby:

ORDERED that, pursuant to Title 18, United States Code, Sections 6002 and 6003, Kashyap Pramod "Kash" Patel give testimony before the grand jury and provide other information as to all matters about which he may be questioned in connection with the matter of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ including the production of any documents commanded by subpoena, and,

IT IS FURTHER ORDERED that, pursuant to Title 18, United States Code, Sections 6002 and 6003, no testimony or other information compelled under this Order, or any information directly or indirectly derived from such testimony or other information, may be used against Kashyap Pramod "Kash" Patel in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this Order; and,

This Order shall become effective only if, after the date of this Order, Kashyap Pramod "Kash" Patel refuses to testify or provide other information on the basis of his privilege against self-incrimination.

SO ORDERED this _____ day of October, 2022.

BERYL A. HOWELL
CHIEF U.S. DISTRICT JUDGE