UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of Grand Jury No. 22-03
Subpoena 63-13 (September 16, 2022)

KASHYAP PRAMOD PATEL,

v.

UNITED STATES OF AMERICA,

Defendant.

FILED UNDER SEAL
1:22-gj-00041-BAH

## KASH PATEL'S BRIEF IN RESPONSE TO THE GOVERNMENT'S APPLICATION FOR IMMUNITY

Comes now Kash Patel, through the undersigned counsel, and respectfully asks this Court to deny the government's application for immunity. In *United States v. Friedrick*, 842 F.2d 382, 394 (D.C. Cir. 1988), the D.C. Circuit held that the requirements for granting immunity pursuant to 18 U.S.C. § 6003 have been interpreted strictly because such immunity is granted to enable witnesses to testify to otherwise-incriminatory evidence that would otherwise be protected under the Fifth Amendment. *See id.* ("Under the [immunity] statute, prosecutors must follow specific procedures in granting individuals immunity in return for compelling them to give up their privilege against compelled self-incrimination."). Thus a prosecutor, "must receive approval both from the United States Attorney in the relevant judicial district, and from a designated high official in the Justice Department[.]"

On October 24, 2022, the Government submitted its application for immunity to the Court. In its application, the Government notes that the application was made, "with the approval of George Z. Toscas as Deputy Assistant Attorney General of the National Security Division, by the authority delegated to him by Title 18, United States Code, Section 6003, and

Title 28, Code of Federal Regulations, Section 0.175." Government's Application for Immunity, ¶ 4.

Indeed, a plain reading of 18 U.S.C. § 6003(b), and the cases to have interpreted the statute, make clear that *only*, "A United States Attorney" may apply for an Order of immunity and that the United States Attorney must do so with, "the approval of the Attorney General, the Deputy Attorney General, the Associate Attorney General, or any designated Assistant Attorney General or Deputy Assistant Attorney General," request an order for immunity. 18 U.S.C. § 6003(b)

## CONCLUSION

For the foregoing reasons, Mr. Patel respectfully requests the Court deny the government's application.

[SIGNATURE ON NEXT PAGE]

Dated: October 25, 2022

Respectfully Submitted,

_/s/ Stanley E. Woodward, Jr._
Stanley E. Woodward, Jr.
(D.C. Bar No. 997320)
Brand Woodward Law, LP
████████████████
████████████
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

_Counsel for Kashyap Pramod Patel_

## CERTIFICATE OF SERVICE

On October 25, 2022, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served upon Government counsel via counsel of record.

Respectfully Submitted,

/s/ Stanley E. Woodward, Jr.
Stanley E. Woodward, Jr.
(D.C. Bar No. 997320)
Brand Woodward Law, LP

202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Kashyap Pramod Patel*