**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE GRAND JURY SUBPOENA NO. 63-13** | **NO. 22-GJ-41** <br><br> **FILED UNDER SEAL** |

## GOVERNMENT'S MOTION TO WITHDRAW APPLICATION FOR IMMUNITY

On October 24, 2022, the government made an application for immunity pursuant to Title 18, United States Code, Sections 6002 and 6003, concerning grand jury witness Kashyap "Kash" Patel. The application was made by Jay I. Bratt, Chief of the Counterintelligence and Export Control Section of the National Security Division of the U.S. Department of Justice, and was accompanied by an authorization letter signed by a Deputy Assistant Attorney General of the National Security Division.

For the reasons set forth in the government's October 25, 2022 Response Regarding Immunity Application, made in response to movant Kash Patel's Brief in Response to the Government's Application for Immunity, filed earlier that same day, the government submits that its application was proper and satisfied the necessary statutory requirements. Nonetheless, in the interest of expediency, the government moves to withdraw its Application for Immunity, without

prejudice to re-filing a similar application by the United States Attorney for the District of Columbia.

November 1, 2022

Respectfully,

/s/ Jay I. Bratt
Jay I. Bratt, Chief
Julie A. Edelstein, Deputy Chief
Brett C. Reynolds, Trial Attorney
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice
Washington, D.C. 20530