**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE GRAND JURY SUBPOENA NO. 63-13 | NO. 22-GJ-41 <br><br> **FILED UNDER SEAL** |

## GOVERNMENT'S APPLICATION FOR IMMUNITY

In connection with an ongoing investigation by the Counterintelligence and Export Control Section of the National Security Division of the U.S. Department of Justice, the United States, by and through its attorney, Matthew M. Graves, the United States Attorney for the District of Columbia, respectfully requests that this Court, pursuant to the provisions of 18 U.S.C. §§ 6001 *et seq.* enter an order compelling Kashyap Pramod "Kash" Patel to appear before the grand jury pursuant to the subpoena issued in the above-captioned grand jury investigation to testify and provide other information to the grand jury. In support of this Application, the United States respectfully alleges as follows:

1. Kashyap Pramod Patel, having previously been subpoenaed to appear before a grand jury sitting in this District, is scheduled to return to continue his testimony before the grand jury on November 3, 2022.[1] His appearance is in connection with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2. This application is made in good faith and upon the judgment of the undersigned attorneys that the testimony from Mr. Patel may be necessary to the public interest.

---

[1] Should the scheduled date of appearance change, or should Mr. Patel's testimony need to be continued to additional days to accommodate the schedules of counsel or the grand jury, the government intends for the order sought here to extend to any such appearance as well.

3. It is expected that Mr. Patel will refuse to testify before the grand jury in connection with ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆, on the basis of his privilege against self-incrimination.

4. This application is made with the approval of George Z. Toscas as Deputy Assistant Attorney General of the National Security Division, by the authority delegated to him by Title 18, United States Code, Section 6003, and Title 28, Code of Federal Regulations, Section 0.175. The approval letter from Mr. Toscas is attached as an exhibit hereto.

WHEREFORE, the United States respectfully requests that the Court issue an Order requiring Kashyap Pramod "Kash" Patel to give testimony before the grand jury convened in the ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆, and to provide other information with regard to all matters about which he may be questioned, pursuant to the provisions of Title 18, United States Code, Sections 6002 and 6003, including but not limited to the production of documents as commanded by grand jury subpoena.

November 1, 2022

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

/s/ Bridget M. Fitzpatrick
Bridget M. Fitzpatrick
Principal Assistant United States Attorney
United States Attorney's Office
601 D Street, NW
Washington, D.C. 20530

/s/ Jay I. Bratt
Jay I. Bratt, Chief
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice
Washington, D.C. 20530