## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**IN RE GRAND JURY SUBPOENA**     **NO. 22-GJ-41**
**NO. 63-13**

### IMMUNITY ORDER

Upon the Application of Matthew M. Graves, United States Attorney for an Order pursuant to Title 18, United States Code, Sections 6002 and 6003, Kashyap Pramod "Kash" Patel to testify before a grand jury sitting in this district in connection with ████████████████████

████████████████████ ██ ████████████████████. Relying upon the United States' Motion and the Declaration of Trial Attorney Brett C. Reynolds, submitted in support thereof, the Court finds pursuant to 18 U.S.C. § 6003:

1.     Mr. Patel has been subpoenaed to testify and provide information to a grand jury empaneled in the United States District Court for the District of Columbia;

2.     It is expected that Mr. Patel will refuse to testify on the basis of his privilege against self-incrimination, and,

3.     It is the judgment of the United States, including the judgment of the United States Attorney for the District of Columbia, that the testimony and other information that Mr. Patel could give before the grand jury may be necessary to the public interest;

4.     The Motion was also filed with the approval of the Deputy Assistant Attorney General of the National Security Division of the United States Department of Justice pursuant to the authority vested in him by Title 18, United States Code, Section 6003 and Title 28, Code of Federal Regulations 0175.

Accordingly, pursuant to 18 U.S.C. § 6003(a), it is hereby ORDERED that Kashyap Pramod "Kash" Patel appear before the grand jury for the United States District Court for the

1

District of Columbia and give testimony and provide other information as to all matters about which he may be questioned in connection with ████████████████████

████████████████████████████████████████████████████████

████████ including the production of any documents commanded by subpoena, and,

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. §§ 6002-6003, that no testimony or other information compelled under this Order, or any information directly or indirectly derived from such testimony or other information, may be used against Kashyap Pramod "Kash" Patel in any criminal case, except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this Order; and,

This Order shall become effective only if, after the date of this Order, Kashyap Pramod "Kash" Patel refuses to testify or provide other information on the basis of his privilege against self-incrimination.

SO ORDERED this 2nd day of November, 2022.

_Beryl A. Howell_

BERYL A. HOWELL
CHIEF U.S. DISTRICT JUDGE