* * * * * S E A L E D * * * * *

* <u>THIS PAGE LEFT INTENTIONALLY BLANK</u> *

<u>SEALED MATTER ENCLOSED</u>

<u>FOR AUTHORIZED PERSONS ONLY</u>

* * * * * S E A L E D * * * * *

* * * * * *SEALED* * * * * *

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

* * * * * * * * * * * * * * *

UNITED STATES OF AMERICA,    ) Grand Jury No. 22-41
      Interested Party,    ) Subpoena 63-13
                           )
KASHYAP PRAMOD PATEL,    ) October 21, 2022
      Movant,         ) 1:30 p.m.
                           ) Washington, D.C.
                           )

* * * * * * * * * * * * * * *

**TRANSCRIPT OF HEARING**
**BEFORE THE HONORABLE BERYL A. HOWELL,**
**UNITED STATES DISTRICT COURT CHIEF JUDGE**

**APPEARANCES:**

FOR THE UNITED STATES:

                           BRETT REYNOLDS
                           JAY BRATT
                           JULIE EDELSTEIN
                           U.S. Department of Justice
                           950 Pennsylvania Avenue NW
                           Washington, DC 20530
                           (202) 598-2950
                           Email: brett.reynolds@usdoj.gov

FOR THE MOVANT:    STANLEY WOODWARD
                           2001 K Street NW
                           Washington, DC 20006
                           (202) 302-7049
                           Email: stanley@brandwoodwardlaw.com

ALSO PRESENT:      ██████████ ████████ ███

Court Reporter:    Elizabeth Saint-Loth, RPR, FCRR
                           Official Court Reporter

Proceedings reported by machine shorthand.
Transcript produced by computer-aided transcription.

* * * * * *SEALED* * * * * *

\* \* \* \* \* *SEALED* \* \* \* \* \*

PROCEEDINGS

1

2  ████████████████████    ████████████████████

3  ████████████████    ████████████    ████████████

4  ██████████████████████

5  ██████    ████████████████████████████

6  ████████████    ████████████████████

7  ███    ██████    ████████████    ████████████

8  ████████████    ████████████    ████████████████

9  ████████████████

10 ████████████    ‑‑

11 ████████    ████████████████████

12 ████    ████████████████████████████

13 ████████████████

14 ██    ████    ████    ██  █  █    ████████

15 ████████████████

16 ████████████████████████████

17 ████████████████████████    ████████

18 ██████████████████████████████

19 ██

20 ████    ████████████████████████    █

21 ████████    ████████████████████

22 ██████████    ████████████████

23 ██    ████████████

24 ████    ████████    ████    ████    ████████

25 ██████████████████████████████

\* \* \* \* \* *SEALED* \* \* \* \* \*

* * * * * *SEALED* * * * * *



17          THE COURT:  Okay.  So we're here on the

18     government's motion to compel Mr. Patel to testify fully

19     before the grand jury ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

20     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮ ▮▮▮▮▮▮ ▮▮▮▮

21     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

22     ▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮

23          So the hearing is sealed under Federal Rule of

24     Criminal Procedure 6(e)(5) and local Criminal Rule 6.1:  All

25     hearings on matters affecting a grand jury proceeding shall

* * * * * *SEALED* * * * * *

Case 1:25-mc-00007-JEB    Document 15-38    Filed 06/13/25    Page 5 of 46
Case 1:22-gj-00041-JEB *SEALED*    Document 21    Filed 03/31/23    Page 5 of 46

4











* * * * * *  SEALED  * * * * *

* * * * *  SEALED  * * * *

* * * * * SEALED * * * * *

1 ████████████████████████████████ █

2 ████████ ████████████ █ ██████████

3 ███████████████████████████

4 ███

5      ████████████ ██████ ██████████

6 ████████████████████████████

7 ████████████████████████████

8 ██████████████████ █ █████████████

9 ████████████████████████████

10 ██████████ ██ █████████████████

11 ████████████

12     ██ ██████ ███████████████

13     ██████ ███ ██ ██████████

14 ████████████████████████████████

15 ██ ███ ██████ █████████ ███████████

16 ██████████████████████

17 █████ -- ███████████████████

18 ██████████████████ █ ████████

19 ████████████████████████

20 ██████████ ███████████████████

21 ████████████████████

22 ███████████████ ████████████████

23 ████████████

24    ███████████

25    ██ ████ █ ██████ ████████

* * * * * SEALED * * * * *



* * * * * SEALED * * * * *





* * * * * *SEALED* * * * * *

1   ▆▆▆▆▆▆▆  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

2   ▆▆▆▆▆▆  ▆▆▆  ▆▆▆▆▆▆▆▆▆▆▆▆▆

3   ▆▆  ▆▆▆▆▆  ▎ ▆▆▆▆▆▆▆▆▆▆  ▆▆▆▆

4   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

5   ▆▆▆▆▆  ▆▆▆▆▆▆▆▆▆▆▆▆

6   ▆▆▆▆▆▆  ▎ ▆▆▆▆▆▆▆▆▆▆▆▆

7   ▆▆  ▆▆▆▆  ▆▆▆▆▆▆▆▆▆  ▆▆▆▆▆

8   ▎ ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

9   ▆▆▆▆▆  ▆▆

10  ▆▆▆▆▆  ▆▆▆▆▆▆▆

11  ▆▆  ▆▆▆▆  ▆▆▆  ▆▆▆▆▆  ▆▆▆  ▆▆▆

12  ▆▆▆▆▆▆▆

13  ▆▆▆▆▆  ▆▆▆▆

14  ▆▆  ▆▆▆▆  ▆▆▆▆▆▆

15  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

16  ▆▆▆▆▆▆▆▆▆▆

17  ▆▆▆▆▆▆  ▎ ▆▆▆▆▆▆▆▆▆▆

18  ▆▆  ▆▆▆▆  ▆▆▆▆

19  ▆▆▆▆▆  ▆▆▆▆  ▆▆▆▆▆▆▆

20  ▆▆▆▆▆▆▆▆▆▆▆▆▆  ▆▆▆  ▆▆▆▆▆▆

21  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

22  ▆▆▆▆▆▆▆▆▆▆▆▆▆  ▆▆▆▆

23  ▆▆▆▆▆▆

24  ▆▆  ▆▆▆▆  ▆▆▆▆▆▆▆▆▆▆▆▆▆

25  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

* * * * * SEALED  * * * * *

















* * * * * SEALED * * * * *

* * * * * SEALED * * * * *





























* * * * * *SEALED* * * * * *



19        I am going to grant the government's

20    motion to compel Mr. Patel to appear again before the grand

21    jury only on condition that the government obtain an order

22    that -- from the Court, pursuant to 18 U.S.C. Section 6002

23    and 6003, which provides that:  No testimony compelled under

24    the order or information directly or indirectly derived from

25    such testimony or other information may be used against

* * * * * *SEALED* * * * * *

Case 1:25-mc-00007-JEB    Document 15-38    Filed 06/13/25    Page 39 of 46
Case 1:22-gj-00041-JEB *SEALED*    Document 21    Filed 03/31/23    Page 39 of 46

38

* * * * * SEALED * * * * *

1    Mr. Patel in any criminal case except for prosecution for

2    perjury, giving a false statement, or otherwise failing to

3    comply with the order.



* * * * * SEALED * * * * *













(Whereupon, the proceeding concludes, 2:37 p.m.)

* * * * * *SEALED* * * * * *

1              CERTIFICATE

2

3          I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby

4     certify that the foregoing constitutes a true and accurate

5     transcript of my stenographic notes, and is a full, true,

6     and complete transcript of the proceedings to the best of my

7     ability.

8              This certificate shall be considered null and void

9     if the transcript is disassembled and/or photocopied in any

10    manner by any party without authorization of the signatory

11    below.

12

13         Dated this 13th day of November, 2022

14         /s/ Elizabeth Saint-Loth, RPR, FCRR
           Official Court Reporter
15

16

17

18

19

20

21

22

23

24

25

* * * * * *SEALED* * * * * *