# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE APPLICATION OF POLITICO LLC FOR ACCESS TO JUDICIAL RECORDS ANCILLARY TO CERTAIN GRAND JURY PROCEEDINGS CONCERNING KASHYAP PATEL | Case No. 1:25-mc-7-JEB (D.D.C.) |

## CONSENT MOTION TO EXTEND DEADLINE TO COMPLY WITH COURT ORDER

On July 21, 2025, this Court issued a Memorandum Opinion, ECF No. 17, and an Order requiring that "[b]y July 28, 2025, the Government shall submit reduced redactions or explain to the Court why the existing ones are appropriate in light of the Memorandum Opinion." The government hereby moves to extend this deadline to August 6, 2025. The government respectfully submits that it requires more time for preparation and review of an appropriate submission. Counsel for Petitioner Politico LLC has informed the government that Petitioner consents to this motion. The government respectfully requests that the Court grant this motion and enter an order extending to August 6, 2025, the government's deadline to comply with the Court's July 21, 2025 Order.

- 2 -

Dated:  July 28, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for the United States*