**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                           )
IN RE APPLICATION OF POLITICO        )
LLC FOR ACCESS TO JUDICIAL           )
RECORDS ANCILLARY TO CERTAIN    )        Case No. 1:25-mc-7-JEB (D.D.C.)
GRAND JURY PROCEEDINGS             )
CONCERNING KASHYAP PATEL            )
_____ )

**NOTICE OF FILING OF REDACTED DOCUMENTS**
**TO COMPLY WITH COURT ORDER**

On June 13, 2025, the government publicly filed the documents at issue in this case, many

of them redacted.  *See* Notice, ECF No. 15.  On July 21, 2025, this Court entered a Memorandum

Opinion, ECF No. 17, and an Order that "the Government shall submit reduced redactions or

explain to the Court why the existing ones are appropriate in light of the Memorandum Opinion,"

Order, ECF No. 16.  Pursuant to that Opinion and Order, the government is hereby "propos[ing]

more limited redactions," ECF No. 17 at 15, by submitting reduced redactions for five of the

documents it previously produced on June 13, 2025.  Those documents correspond to the

documents previously produced at ECF Nos. 15-1, 15-10, 15-13, 15-15, and 15-23.

Dated:  August 6, 2025                    Respectfully Submitted,


                                          BRETT A. SHUMATE
                                          Assistant Attorney General
                                          Civil Division

                                          ELIZABETH J. SHAPIRO
                                          Deputy Director
                                          Civil Division, Federal Programs Branch

                                          */s/ Jeremy S.B. Newman*
                                          JEREMY S.B. NEWMAN
                                          Trial Attorney
                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                          1100 L Street, N.W.
                                          Washington, DC 20005
                                          Tel: (202) 532-3114
                                          Fax: (202) 616-8470
                                          Email: jeremy.s.newman@usdoj.gov

                                          *Attorneys for the United States*