#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE APPLICATION OF POLITICO LLC FOR ACCESS TO JUDICIAL RECORDS ANCILLARY TO CERTAIN GRAND JURY PROCEEDINGS CONCERNING KASHYAP PATEL | ) ) ) ) ) ) ) )   Case No. 1:25-mc-7-JEB (D.D.C.) |

### NOTICE OF FILING OF CORRECTED REDACTED DOCUMENT

Yesterday, the government filed a set of redacted documents pursuant to a Court order in this case. *See* Notice of Filing of Redacted Documents, ECF No. 19; Order, ECF No. 16. Due to technical difficulties in preparing the documents for filing, the document filed as ECF No. 19-1 contained mistakes where there were gaps at the bottom of certain pages. Accordingly, the government is hereby filing a corrected version of that document as an exhibit to this filing. The redactions in this corrected document are the same as the redactions in the document filed at ECF No. 19-1.

- 2 -

Dated:  August 7, 2025											Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for the United States*